**MORRISON COHEN LLP**  909 Third Avenue  New York, New York 10022  (212) 735-8600  Michael R. Dal Lago

**Hearing Date and Time:**  **December 15, 2009 at 10:00 a.m.**

Counsel for Joseph T. Moldovan, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x  
In re                                            :  
                                                 :  Chapter 7  
HALL DICKLER, LLP,                               :  
                                                 :  Case No. 06-10332 (RDD)  
                                                 :  
                    Debtor.                      :  
------------------------------------------------------------- x

## NOTICE OF HEARING TO CONSIDER FIRST APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that the professionals listed on Exhibit A annexed hereto ("Exhibit A") which were retained by and on behalf of Joseph T. Moldovan ("Trustee"), the chapter 7 trustee of the estate of Hall Dickler, LLP, the above-captioned debtor ("Debtor"), shall move the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") for approval of their respective interim applications (collectively, the "Applications") for allowance of compensation and reimbursement of expenses for professional services rendered in connection with the representation of chapter 7 trustee for the period from June 2, 2006 through and including July 31, 2009[1], as set forth on Exhibit A.

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, of the United States

---

[1] The Application for Eisner LLP is for the period from April 12, 2006 through and including July 31, 2009

#1986297 v1 \018898 \0001

Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, on December 15, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that the Applications are on file in the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 300 Quarropas Street White Plains, NY 10601-4140, and may be examined and inspected by interested parties during regular business hours, or may be accessed through the Internet at the Bankruptcy Court's electronic case filing ("ECF") website located at: www.nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Applications must be (a) in writing, (b) in compliance with the following paragraph regarding electronic filing, (c) filed with the Bankruptcy Court (with a courtesy copy provided directly to Judge Drain's chambers); and, (d) served upon (i) Morrison Cohen LLP, 909 Third Avenue, New York, New York 10022, Attn: Michael R. Dal Lago, Esq., (ii) Eisner LLP, 750 Third Avenue, New York, New York, 10017, Attn: David Ringer, and (iii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., so as to actually be received no later than three business days prior to the hearing.

**PLEASE TAKE FURTHER NOTICE**, that any objections filed by parties with legal representation must be filed (a) (i) through the Bankruptcy Court's electronic case filing ("ECF") system, which may be accessed with a password (which is available by contacting the Bankruptcy Court's technical assistance at (914) 390-4060, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's ECF website: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically,

such party must submit the objection in PDF format on a diskette in an envelope with the case name, case number, title and type of document, court docket number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party must submit the objection on a diskette in either a Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation must comply with either sections (b) or (c) as set forth in this paragraph.

Dated: New York, New York
       November 20, 2009

                                    **MORRISON COHEN LLP**
                                    Attorneys for Joseph T. Moldovan, Chapter 7 Trustee

                              By:      */s/ Michael R. Dal Lago*
                                      Michael R. Dal Lago
                                      (A Member of the Firm)

                                      909 Third Avenue
                                      New York, New York 10022
                                      (212) 735-8600

# EXHIBIT A

| APPLICANT | COMPENSATION REQUESTED | DISBURSEMENTS INCURRED |
|---|---|---|
| **Morrison Cohen LLP**<br>*Counsel to Joseph T. Moldovan*<br>*Chapter 7 Trustee*<br>909 Third Avenue<br>New York, NY 10022<br>Attn: Michael R. Dal Lago, Esq. | $981,780.50 | $39,720.25 |
| **Eisner LLP**<br>*Accountants to Joseph T. Moldovan*<br>*Chapter 7 Trustee*<br>750 Third Avenue<br>New York, NY 10017<br>Attn: David Ringer | $263,320.00 | $969.00 |